UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nosakhare Onumonu #303121
    Petitioner,

vs.

John Davis
    Respondent,
_____/

Case No. 19-11272
Judge: Gershwin A. Drain
Magistrate: Elizabeth Stafford



FILED
MAY 16 2019
CLERK'S OFFICE
DETROIT

## MOTION TO HOLD HABEAS CORPUS IN ABEYANCE

Now Comes Mr. Onumonu, In Accordance To Fed. Civ R. 62 and 28 usc 2244 (D)(2), Asking This Honorable Court To Hold In Abeyance His May 3rd, 2019 Habeas Corpus Filing To Pursue a Motion For Relief From Judgment Under 6.500.

Mr. Onumonu Has Received Some Newly Discovered Evidence, and Would Like To Preserve The Issues Deriving From This New Evidence Before The Lower Courts To Perfect His Appeal.

### RELIEF SOUGHT

Grant Mr. Onumonu's Motion To Allow These Issues To Be Preserved.

Date: 5/13/19

Nosakhare Onumonu

MoSalware Drumons 305191

State of Michigan
**Department of Corrections**
*"Expecting Excellence Every Day"*

Ionia Maximum Security Prison
1576 W. Bluewater Hwy.
Ionia, Michigan 48846

UNITED STATES DISTRICT
CLERK'S OFFICE
231 Lafayette Boulevard
Detroit, Michigan 48226

48226-279426

RECEIVED
MAY 16 2019
5/13/19
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. POSTAGE PITNEY BOWES
ZIP 48846 $ 000.50⁰
0000344141 MAY 13 2019