

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



Nosakhare Onumonu, 303121
    Petitioner

-vs-

John Davis,
    Respondent,
_____/

Case No. 2:19-cv-11272
Honorable Gershwin A. Drain

## MOTION FOR A NON - PREJUDICIAL DISMISSAL

Now comes Michigan prisoner Nosakhare Onumonu (Petitioner) in a Pro Se petition for a Writ Of Habeas Corpus pursuant to 28 u.s.c § 2254 in accordance with fed ct rule 41 moving to Motion this court for a Non - Prejudicial Dismissal of his April 23, 2019 Federal Habeas Petition.

As suggested by this court, this Petitioner request this Dismissal to pursue a 6.500 Relief From Judgment Motion For Newly Discovered Evidence.

### Relief Sought

Allow for dismissal to allow petitioner to pursue Newly Discovered Evidence Motion.

July 5TH, 2019

Nosakhare Onumonu



ROSARHADE Onumbu
303121
Ionia Correctional Facility
1576 W. Bluewater HWY
Ionia, MI. 48846

RECEIVED
JUL 10 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

GRAND RAPIDS MI 495
08 JUL '19
PM 3 L

HONORABLE GERSHWIN A. DRAIN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
COURT CLERK
231 WEST LAFAYETTE BLVD.
DETROIT, MI [ZIP]

US POSTAGE PITNEY BOWES
ZIP 48846
02 4W
0000344141 JUL 05 2019
$ 000.50

7-5-A