UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOSAKHARE ONUMONU, #303121,

    Petitioner,

                                                     CASE NO. 2:19-CV-11272
v.                                          HONORABLE GERSHWIN A. DRAIN

JOHN DAVIDS,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Gershwin A. Drain, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

Dated:    July 22, 2019

                                                  s/Gershwin A. Drain
                                                  HON. GERSHWIN A. DRAIN
                                                  United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 22, 2019, by electronic and/or ordinary mail.

                                                  s/Teresa McGovern
                                                  Case Manager